# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LORETTA DAVIDSON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-CV-45 |
| ) | (Phillips) |
| LOCKHEED MARTIN ENERGY SYSTEMS, INC., ) | |
| And WACKENHUT SERVICES, INC., ) | |
|     Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Wackenhut Services, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Loretta Davidson take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Wackenhut Services, Inc., recover of the plaintiff Loretta Davidson its costs of action.

The final pretrial conference scheduled for June 18, 2007 and the trial scheduled for June 25, 2007 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of April, 2007.

                                                                       s/ Patricia L. McNutt
                                                                         Clerk of Court